# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA STRODE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, NICOLAI RAMOS, WILLIAM KEARNEY II, TANNER SHERMAN, Sheriff's Deputy BROUSSARD, Sheriff's Deputy S. DE LA TORRE, Sheriff's Deputy MORGAN, Sheriff's Deputy STEVENS, Sheriff's Sergeant MICHAEL LAWSON, Sheriff's Sergeant DOUTHITT, Sheriff's Nurse CUARESMA, Sheriff's Nurse CABACUNGAN, CARRIE HOGAN,<br><br>    Defendants. | Case No. 3:18-cv-00670-CAB-NLS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CASE [Doc. No. 38]**<br>Judge: Cathy Ann Bencivengo |

    Having considered the parties' Joint Motion to Dismiss Case against Defendants COUNTY OF SAN DIEGO, NICOLAI RAMOS, WILLIAM KEARNEY II, TANNER SHERMAN, Sheriff's Deputy BROUSSARD, Sheriff's Deputy S. DE LA TORRE, Sheriff's Deputy MORGAN, Sheriff's Deputy STEVENS, Sheriff's Sergeant MICHAEL LAWSON, Sheriff's Sergeant DOUTHITT, Sheriff's Nurse CUARESMA, Sheriff's Nurse CABACUNGAN, (ECF No. 38), and finding sufficient cause therefore, the Joint Motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that all

claims against all remaining defendants are dismissed from this case with prejudice, with each side to bear its own litigation costs and attorney fees.

Dated: March 28, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge